Bruce A. COANE, Appellant,

v.

**COMMISSION FOR LAWYER DISCIPLINE, Appellee.**

No. 01–00–00495–CV.

Court of Appeals of Texas, Houston (1st Dist.).

June 22, 2000.

Panel consists of Chief Justice SCHNEIDER and Justices HEDGES and NUCHIA.

**OPINION**

PER CURIAM.

Appellant has filed a motion to dismiss his appeal. Accordingly, the appeal is dismissed. Tex.R.App.P. 42.1(a)(2).

All other pending motions in this appeal are overruled as moot. The Clerk is di-

of Texas at Houston, participating by assignment.

rected to issue mandate within 10 days of the date of this opinion. TEX.R.APP.P. 18.1.